```
        IN THE UNITED STATES DISTRICT COURT FOR THE
                SOUTHERN DISTRICT OF GEORGIA
                       AUGUSTA DIVISION
```

SY VAN VO and TUOI VO,           *
                                 *
    Plaintiffs,                  *
                                 *
        v.                       *       CV 123-045
                                 *
UNITED STATES ATTORNEY GENERAL   *
MERRICK GARLAND, et al.,         *
                                 *
    Defendants.                  *

                            O R D E R

Before the Court is the Parties' consent motion for voluntary dismissal. (Doc. 6.) The Parties move to dismiss this matter without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Id. at 1.) However, Rule 41(a)(1)(A)(i) contemplates voluntary dismissal by the plaintiff. Here, the motion is a consent motion signed by both parties; therefore, the Court construes the motion as a stipulation of dismissal under Rule 41(a)(1)(A)(ii). Upon due consideration, the Court finds dismissal proper.

IT IS THEREFORE ORDERED that this matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk is **DIRECTED** to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each Party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 29th day of June, 2023.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA